Disposition of Petitions For Discretionary Review Under G.S. 7A-31

HAMILTON v. HAMILTON

No. 15PC

Case below: 50 NC App 417

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1981.

HARRIS v. HARRIS

No. 34PC

Case below: 50 NC App 305

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 7 April 1981.

HILL v. MEMORIAL PARK

No. 33PC

No. 10 (Fall Term)

Case below: 50 NC App 231

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals allowed 7 April 1981.

IN RE LAND AND MINERAL CO.

No. 173PC

Case below: 49 NC App 529

Petition by Land and Mineral Company for discretionary review under G.S. 7A-31 denied 7 April 1981.

IN RE LAND AND MINERAL CO.

No. 8PC

Case below: 49 NC App 608

Petition by Avery County for discretionary review under G.S. 7A-31 denied 7 April 1981.